UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                                                Case No. __20-41600_____

        _____Bethel S Angaw_____,
                                   Chapter 7
                      Debtor.
-------------------------------------------------------------x
        _____Bethel S Angaw_____,

                     Plaintiff,

            -against-                                                Adv. Proc. No.


New York State Higher Education Services Corporation,

                    Defendant.
-------------------------------------------------------------x

### COMPLAINT
### Complaint seeking a Determination that the Debt
### Owed to the Defendant by Plaintiff is Dischargeable


_____Bethel S Angaw_____, Plaintiff, filing this complaint against N.Y. State Higher Education Services Corporation Defendant, seeking determination that the debt owed by me to the Defendant is dischargeable, states as follows:

1. The Plaintiff has filed for Chapter 7 bankruptcy in this court and this court has jurisdiction to determine the dischargeability of debts owed by the Debtor;

2. ____Bethel S Angaw____, the Plaintiff, resides at ____9410 59th Ave Apt #2H Elmhurst, New York 11373_____. The Defendant, N.Y. State Higher Education Services Corp, resides at 99 Washington Avenue Albany, New York 12255_____.

3. _Pursuant to Bankruptcy Code Section 523 (a)(8)_____
   _____
   [put in the reasons why you believe there are grounds to ask the Court for relief: ie: Pursuant to Bankruptcy Code Section 523 – you must determine what section of the bankruptcy code applies to your case.]

4. The Plaintiff requests that Student Loan Debt_____
   (describe the debt) be declared dischargeable pursuant to the Bankruptcy Code.

WHEREFORE, Plaintiff(s) respectfully request that this Court declare the _____ __Student Loan Debt__ (describe the debt) dischargeable pursuant to the Bankruptcy Code.

Respectfully submitted,

*Bethel Angaw*
, Plaintiff

Print name: Bethel S Angaw
Address: 9410 59th Ave Apt #2H Elmhurst, New York 11373
Phone: 646.226.1074